IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Weldon Marvin Glen, | No. CV 06-2943-PHX-MHM |
| Petitioner, | **ORDER** |
| vs. | |
| John Ontiveros, et al., | |
| Respondents. | |

     Petitioner filed his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 on December 7, 2006. On September 10, 2007, Respondents filed their response to Petitioner's Petition for Writ of Habeas Corpus arguing that Petitioner's petition should be dismissed as untimely or, alternatively, as procedurally barred. On November 29, 2007, Petitioner filed a reply. On March 4, 2008, the Magistrate Judge issued his Report and Recommendation recommending that the petition be denied.

     In his Report and Recommendation the Magistrate Judge advised the parties that they had 10 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has long since expired and no objections to the Report and Recommendation have been filed.

     The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge and that the petition should be dismissed as untimely.

1   IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
2   as the order of this Court [21].
3   IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus is denied
4   [2].
5   IT IS FURTHER ORDERED directing the Clerk to enter judgment accordingly.
6   DATED this 4th day of June, 2008.

_____
Mary H. Murguia
United States District Judge